**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Musa "Moses" SWEISS,
Defendant-Appellant.**

No. 85–2568.

United States Court of Appeals,
Seventh Circuit.

Feb. 6, 1987.

Prior report: 7th Cir., 800 F.2d 684.

Before CUMMINGS, FLAUM and RIPPLE, Circuit Judges.

### ORDER

On consideration of the petition for rehearing and suggestion for rehearing *en banc* filed in the above-entitled cause by defendant-appellant, a majority of the judges on the original panel have voted to grant a rehearing. Accordingly,

IT IS ORDERED that the aforesaid petition for rehearing be, and the same is hereby, GRANTED. The suggestion for rehearing *en banc* is DENIED.

The above entitled cause is set for oral argument on February 18, 1987 at 3:30 P.M.